# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR0856-CAB |
|---|---|
| v. | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION** |
| HANNIA LORENA URIAS LIZARRAGA, | |
| Defendant. | |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Information in this case under Rule 48(a) of the Federal Rules of Criminal Procedure. For the reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the United States' application to dismiss the Information without prejudice (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

Dated: April 28, 2020

_____
HON. CATHY ANN BENCIVENGO
United States District Judge